IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE RAY SCHWINDT,<br><br>Defendant. | CR 22-112-BLG-SPW-01<br><br>ORDER |
|---|---|

Upon the United States' Unopposed Motion for Leave to File Plea Agreement Under Seal (Doc. 37), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Under Seal is **GRANTED**. The United States may file the plea agreement in this matter under seal.

DATED this 12th day of October, 2022.

SUSAN P. WATTERS
United States District Court Judge

1