# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-112-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| KYLE RAY SCHWINDT, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 65), and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Sentencing Memorandum shall be filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 8th day of March, 2023.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE