IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE RAY SCHWINDT,<br><br>Defendant. | Case No. CR-22-112-BLG-SPW<br><br>ORDER ALLOWING FILING OF SENTENCING LETTERS UNDER SEAL |

Upon the Defendant's Unopposed Motion to File Sentencing Letters Under Seal (Doc. 71), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**. The Defendant's sentencing letters shall be filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 20th day of March, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE